ERIC GRANT
United States Attorney
JOSHUA B. BANISTER
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-po-00243-SAB |
| Plaintiff, | [Citation #F5717754 CA42] |
| v. | STIPULATION TO REQUEST DEFENDANT BE PERMITTED TO FORFEIT COLLATERAL IN LIEU OF APPEARANCE BEFORE THE COURT AND ORDER THEREON |
| ANNA K. NILMEIER, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between The United States of America, by and through Eric Grant, United States Attorney, and Joshua B. Banister, Assistant United States Attorney, and Defendant Anna K. Nilmeier, that the status conference in the above-captioned matter set for January 15, 2025, at 10:00 a.m. be vacated and that defendant be permitted to forfeit collateral in lieu of appearance.

/ / /

/ / /

/ / /

/ / /

/ / /

The parties agree and stipulate that Citation #F5717754 CA42, can be resolved through the forfeiture of collateral for a violation of 36 C.F.R § 261.58(g), consistent with the bail schedule, to wit: $100 plus the $30 processing fee.

DATED: December 17, 2025                    Respectfully submitted,

                                                                  ERIC GRANT
                                                                  United States Attorney

By:   /s/ *Joshua B. Banister*
      JOSHUA B. BANISTER
      Assistant United States Attorney

DATED: December 17, 2025                    Respectfully submitted,

By:   /s/ *Anna K. Nilmeier*
      ANNA K. NILMEIER
      PRO SE, Defendant

**O R D E R**

IT IS HEREBY ORDERED that the status conference in the above-captioned matter set for January 15, 2026, at 10:00 a.m. is vacated.

IT IS FURTHER ORDERED that in lieu of appearance, Defendant, ANNA K. NILMEIER, is permitted to forfeit collateral for Citation #F5717754 CA42 in the amount of $100 plus the $30 processing fee, consistent with the bail schedule, for a total amount of $130.   Failure to pay in full may result in a warrant or abstract issued on defendant's license.

IT IS SO ORDERED.

Dated:   **December 17, 2025**

STANLEY A. BOONE
United States Magistrate Judge